IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO CHAVEZ, | ) | No. C 12-6019 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| ANTHONY HEDGPETH, | ) | |
| Respondent. | ) | |

    On November 27, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus. That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The Court provided Petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee, or file a completed application with supporting documentation within thirty days. On December 12, 2012, Petitioner filed a motion for leave to proceed IFP, and on December 26, 2012, Petitioner filed a certificate of funds. On January 11, 2013, the Court denied Petitioner's motion for leave to proceed IFP and issued an order to Respondent to show cause why the petition should not be granted. In the order, the Court directed Petitioner to pay the $5.00 filing fee within thirty days, or face dismissal.

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Chavez019disifp.wpd

1  On January 30, 2012, Petitioner submitted an amended petition. The following day,
2 Petitioner filed a motion for appointment of counsel. To date, Petitioner has not paid the filing
3 fee. As more than thirty days have passed since Petitioner was instructed to do so, this case is
4 DISMISSED without prejudice. The Clerk shall terminate all pending motions.
5  IT IS SO ORDERED.
6 DATED: 2/22/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge