IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO CHAVEZ, | ) | No. C 12-6019 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is

entered.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED: ___2/22/13_____          _____
                                      LUCY H. KOH
                                      United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Chavez019jud.wpd