IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO CHAVEZ,<br><br>    Petitioner,<br><br>v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent. | No. C 12-6019 LHK (PR)<br><br>ORDER DENYING MOTION FOR FIRST EXTENSION OF TIME TO FILE ANSWER<br><br>(Docket No. 12) |

Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus. On February 25, 2012, the Court dismissed the action because Petitioner had not paid the $5.00 filing fee. (Doc. No. 10.) Respondent has filed a motion for an extension of time to file an answer. No answer is due because the case has been dismissed.

Accordingly, Respondent's motion is **DENIED** as moot.

This order terminates docket number 12.

IT IS SO ORDERED.

DATED: 3/20/13

LUCY H. KOH
United States District Judge

Order Denying Motion for First Extension of Time to File Answer
G:\PRO-SE\SJ.LHK\HC.12\Chavez019deny-eot.wpd