IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO CHAVEZ, | ) | No. C 12-6019 LHK (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTIONS TO VACATE WITHOUT PREJUDICE |
| v. | ) ) | |
| ANTHONY HEDGPETH, | ) ) | |
| Respondent. | ) ) | (Docket Nos. 14, 16.) |

On November 27, 2012, Petitioner, proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C § 2254. On December 7, 2012, the Clerk notified Petitioner that he had not filed a complete application to proceed in forma pauperis ("IFP"). On December 12, 2012, Plaintiff filed a complete application to proceed IFP. On January 11, 2013, the Court denied Petitioner's application to proceed IFP, and directed him to pay the $5.00 filing fee within thirty days or face dismissal of this action. On February 25, 2013, having receiving no payment from Petitioner, the Court dismissed the case without prejudice, and entered judgment.

On May 6, 2013, and July 9, 2013, Petitioner filed motions to vacate the judgment. Petitioner claims, on the one hand, that on some unspecified date, he requested the Trust Account Office to withdraw the $5.00 to be paid to the Court. Petitioner asserts that he does not have any control over when the Trust Account Withdrawal Form will make it to the Prison Trust Account Office, or when the Prison Trust Account Office will send the filing fee to the Court. In his motion, Petitioner claims that he will again ask the Prison Trust Office to send the $5.00

filing fee to this Court.  However, to date, the Court has not received any such payment. Petitioner also states that even though his trust account statement showed that he had an average monthly balance of $10.36 and an average monthly deposit of $14.55 in his inmate trust account, those numbers are a "mirage."

At this time, the Court DENIES Petitioner's motion to vacate without prejudice.  Based on Petitioner's assertions, Petitioner is directed to pay his filing fee within **thirty days** of the filing date of this order, or file a renewed application for leave to proceed IFP accompanied by a more recent Certificate of Funds, signed by an authorized officer.  If Petitioner pays his filing fee within **thirty days** of the filing date of this order, the Court will consider re-opening this action. If Petitioner files a renewed application for leave to proceed IFP, the Court will consider whether circumstances have changed such that Petitioner should be granted IFP, and this action re-opened.  Until such time, this matter remains closed.

This order terminates docket numbers 14 and 16.

IT IS SO ORDERED.

DATED:  7/16/13

_____
LUCY H. KOH
United States District Judge

Order Motion to Vacate without Prejudice
G:\PRO-SE\LHK\HC.12\Chavez019denreo.wpd